IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC -1  P 2: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dwone Carnell Harrison
Full name and prison number
of plaintiff(s) 193689

v.

D. Lucalyne Perdue

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV1075-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✓ )  NO (   )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( ✓ )  NO (   )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Dwone Carnell Harrison

            Defendant(s) City of Prattville

        2.  Court (if federal court, name the district; if
            state court, name the county) Federal Court
            _____ District of Alabama

3. Docket number __unknown__

4. Name of judge to whom case was assigned __unknown__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Still Pending__

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Kilby Prison__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. __D. Luayne Perdue   123 1st Street__
2. __Prattville AL. 36067__
3. _____
4. __Phone # 334-365-5997__
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __10-13-06__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __The Constitution of the United State of America, Amendment XIV Section (2)__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The lawyer failed to conduct a defense our lawyer failed to require that every element of the case be established lawyer did not reasonable efforts at no time on my case see Exhibit

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Gas money for my wife driving back and forth to see him, and repair of my cars in the amount of $900.00. I want $10,000.00 for pain and suffering because my wife and family and myself. I want $5,000.00 for his unethical manner.

X _____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-22-06  .
          (Date)

X _____
Signature of plaintiff(s)

4

# Statement Of Facts

On and about 2003 D. Wayne Perdue was appointed to give me representation in the Circuit Court of Autauga County Alabama. Said lawyer was appointed to represent me as his client by the Honorable Judge John B. Bush. Said lawyer have have not put fourth any efforts toward my case. I have written to him over ten times over and over and no response from said lawyer at all. Rule 3.1 (b) and Rule 3.2 clearly states a lawyer duties. Lawyer have failed to withdraw himself from my case, keeping me in prison. Lawyer D. Wayne Perdue have failed to exercise independent professional judgment and fail to render candid advice. Mr. D Wayne Perdue have misrepresent me from day one he was appointed to my case. Said lawyer D. Wayne Perdue have violated my XIV amendment of the U.S. Constitution. By willfully neglecting a legal matter entrusted to him by the courts. He failed to act with reasonable diligence and promptness he have showed nothing but negligence, breach of contract. Lawyer fail to keep client reasonably informed about the status of a matter and promptly comply with reasonable request

for information on client case. From day one lawyer was appointed to client case. It been over 9 months and more and client have not seen or heard from lawyer. Client wife have called said lawyer and lawyer have yet to respond to client. Client wife have continued to contact lawyer regarding work that client want lawyer to do. And said lawyer have obligates to represent client on his case. I've written to lawyer on several times and each time essentially he has not written back to me. he was emphatically told by my wife the last time she drove her car to Prattville Alabama to his office. I needed to see him bad, he refused to come visit me before and still today. There is nothing my lawyer can say to dispute or to refute these facts. These are not allegations. These are true facts of my case. I have not saw my lawyer since he was appointed to my case nor talk to him. Lawyer manner was unethical toward me, and have deprived me and my wife and family of life, liberty, property without due process of law, the equal protection of the law, lawyer have failed to provide the client and client wife with facts relevant to client case, have not inform client or

Client wife of communications from the State of Alabama. Our Lawyer failed to take any steps that permit the client and client wife to make a decision regarding this services offer from the State of Alabama. The Lawyer have never promptly inform client & client wife of any information regarding client case. The Lawyer have failed to review our important provisions of the general strategy and prospects of any success or tactics. Lawyer fail to fulfill the reasonable expectation of the XIV amendment of the United States of America Constitution. Lawyer have failed to act in client best interests. My Lawyer have wilfully negligently his legal matter entrusted to him by the Court and Judge and the State of Alabama and the Constitution of the U. States 14th amendment. The Plaintiff in petition makes these following arguments set forth above, and also that Plaintiff was denied the effective assistance of counsel, that in all criminal prosecutions the accused shall enjoy the right to counsel and to a speedy and public trial by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law and to be informed

of the nature and cause of the accusation to be confronted with the witnesses against him to have compulsory process for obtaining witnesses in his favor and to have the assistance of counsel for his defense in suits of common law — I pray that this Honorable Court and Judge that are reviewing this Complaint need not swallow the Defendant invective hook line and sinker bald assertions unsupportable conclusions periphrasises circumlocutions and the like need not be credited in the Defendant response to Plaintiff Complaint in the United States District Court for the middle District of Alabama. Plaintiff request a evidentiary hearing be set for oral arguments to be presented. And evident to be set forth. Plaintiff relief is for emotional stress physical stress mental stress and Gas for miles put on car and tires paper and stamps from the Defendant total of $24,000.00 with phone calls to Defendant. Through out the Defendant appointment of Counsel to Plaintiff this is the relief sought out by the Plaintiff in this Complaint against the Defendant.

I declare under penalty of perjury that the above statements of facts in the foregoing complaint is true and correct and the foregoing blow statement is true and correct. Plaintiff could be out on bond if Plaintiff Lawyer would have represented Plaintiff. States that Plaintiff files to the Alabama State Bar and heard nothing back on Plaintiff Complaint. Against Defendant. Plaintiff have ask the court to withdraw Defendant also. Plaintiff have exhaust all state bar Remedies with Defendant.

Sworn to and subscribed before me this 21st day of November 2006

Perry O. Woods
Notary Public

Dwann Harrison
Plaintiff Name

My Commission expire

May 28, 2007

```
ACR467                    ALABAMA JUDICIAL DATA CENTER
                                AUTAUGA COUNTY
JUDG: JOHN B BUSH              DOCKET DATE NOTICE        CASE: CC 2005 000246.00
```

DEFENDANT, ATTORNEY(S), AND ALL WITNESSES MUST APPEAR BEFORE THIS COURT
FOR   PLEA DOCKET                    AT THE TIME AND PLACE STATED BELOW.

```
DEFENDANT: HARRISON DWONE CARNELL      DATE:  04/11/2007
ATTORNEY:  PERDUE D WAYNE              TIME:  08:00  AM
                                       CHARGE: CONSPIRACY-DIST CONTROL SUBS

                                       PLACE: AUTAUGA COUNTY COURTHOUSE
     HARRISON DWONE CARNELL                   CIRCUIT COURT
     C/O MONTG CO DET FACILITY                PRATTVILLE AL 36067
     250 SOUTH MCDONOUGH ST
     MONTGOMERY        AL 36104 0000
```

NOTES:

DATE ISSUED:  10/13/2006              WHIT MONCRIEF                , CLERK

OPERATOR:  DEH
PREPARED:  10/13/2006