RESIDENT HISTORY REPORT                                                    Page 1 of 1

**Montgomery County Jail**
11/09/06 09:26
ST 002 / OPR YR

2:06cv 1075-MHT  RECEIVED

2006 DEC 15 A 9:41

Booking Number      : 87291
Resident Name       : HARRISON, DEWONE CARNELL    3C
Time Frame          : 03/16/2006 18:09 - 11/09/2006 09:26   A P. HACKETT, CLK
                                                            U.S. DISTRICT COURT
                                                            MIDDLE DISTRICT ALA

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/16/2006 | 18:09 | Intake | 4 | HC | D1108 | 1,656.28 | 1,656.28 |
| 03/17/2006 | 11:24 | Withdrawal | 3 | yr | C122323 | 1,656.28 | 0.00 |
| 04/12/2006 | 09:46 | Add | 3 | VT | C123393 | 55.00 | 55.00 |
| 04/13/2006 | 08:57 | Order | 1 | mgmcl | A53595 | 41.69 | 13.31 |
| 04/17/2006 | 08:44 | Order | 1 | mgmcl | A53641 | 8.56 | 4.75 |
| 04/17/2006 | 11:38 | Rec Payment | 3 | yr | C123537 | 2.00 | 2.75 |
| 04/20/2006 | 09:16 | Order | 1 | mgmcl | A54057 | 2.59 | 0.16 |
| 05/11/2006 | 14:39 | Add | 3 | yr | C124607 | 45.00 | 45.16 |
| 05/15/2006 | 08:49 | Order | 1 | JD | A55780 | 38.95 | 6.21 |
| 05/15/2006 | 12:35 | Rec Payment | 3 | yr | C124752 | 6.00 | 0.21 |
| 05/16/2006 | 12:34 | Credit | 2 | JD | B64848 | 6.96 | 7.17 |
| 05/18/2006 | 15:27 | Rec Payment | 3 | yr | C124936 | 2.86 | 4.31 |
| 05/22/2006 | 09:09 | Order | 1 | JD | A56271 | 4.26 | 0.05 |
| 05/30/2006 | 11:26 | Rec Pymnt-Rev | 2 | yr | B65015 | 2.86 | 2.91 |
| 05/30/2006 | 11:27 | Rec Payment | 2 | yr | B65016 | 1.16 | 1.75 |
| 06/02/2006 | 09:47 | Rec Payment | 2 | yr | B65037 | 0.70 | 1.05 |
| 06/16/2006 | 12:35 | Rec Payment | 3 | yr | C126233 | 5.14 | -4.09 |
| 06/16/2006 | 12:35 | Add | 3 | yr | C126232 | 20.00 | 15.91 |
| 06/19/2006 | 08:44 | Order | 2 | JD | B66134 | 14.88 | 1.03 |
| 07/10/2006 | 08:42 | Order | 2 | JD | B67419 | 0.83 | 0.20 |
| 07/10/2006 | 12:05 | Add | 3 | yr | C127220 | 40.00 | 40.20 |
| 07/13/2006 | 07:52 | Order | 2 | JD | B67699 | 39.24 | 0.96 |
| 07/18/2006 | 14:35 | Rec Payment | 3 | yr | C127622 | 0.38 | 0.58 |
| 07/27/2006 | 08:49 | Order | 2 | JD | B68876 | 0.53 | 0.05 |
| 08/09/2006 | 12:46 | Add | 3 | yr | C128671 | 30.00 | 30.05 |
| 08/09/2006 | 12:46 | Rec Payment | 3 | yr | C128672 | 1.12 | 28.93 |
| 08/10/2006 | 08:10 | Order | 2 | JD | B69916 | 28.67 | 0.26 |
| 08/16/2006 | 12:46 | Add | 3 | VT | C128893 | 20.00 | 20.26 |
| 08/17/2006 | 08:19 | Order | 2 | JD | B70401 | 19.79 | 0.47 |
| 08/18/2006 | 10:27 | Credit | 2 | JD | B70480 | 1.05 | 1.52 |
| 08/25/2006 | 09:17 | Add | 3 | pdh | C129351 | 30.00 | 31.52 |
| 08/25/2006 | 09:34 | Rec Payment | 2 | yr | B71007 | 0.50 | 31.02 |
| 08/31/2006 | 08:00 | Order | 2 | JD | B71471 | 30.30 | 0.72 |
| 09/01/2006 | 10:35 | Rec Payment | 2 | yr | B71542 | 0.28 | 0.44 |
| 09/06/2006 | 10:28 | Rec Payment | 2 | yr | B71587 | 0.17 | 0.27 |
| 09/13/2006 | 12:34 | Add | 3 | VT | C130042 | 25.00 | 25.27 |
| 09/13/2006 | 12:34 | Rec Payment | 3 | VT | C130043 | 10.00 | 15.27 |
| 09/18/2006 | 09:37 | Order | 2 | JD | B72564 | 15.02 | 0.25 |
| 09/21/2006 | 08:17 | Rec Payment | 3 | yr | C130314 | 0.10 | 0.15 |
| 11/01/2006 | 10:47 | Add | 3 | yr | C132648 | 0.35 | 0.50 |
| 11/01/2006 | 10:47 | Rec Payment | 3 | yr | C132649 | 0.14 | 0.36 |

THIS IS MY AVErage monthly deposits For 6-month