STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 193689        NAME: HARRISON, DEWONE                           AS OF: 03/07/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAR   | 24        | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $0.00             | $0.00            |
| NOV   | 30        | $0.00             | $0.00            |
| DEC   | 31        | $0.00             | $0.00            |
| JAN   | 31        | $0.00             | $0.00            |
| FEB   | 28        | $7.37             | $96.41           |
| MAR   | 7         | $0.07             | $0.00            |

RECEIVED
2007 MAR -9 A 9:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                     BIBB COUNTY CF

AIS #: 193689     NAME: HARRISON, DWONE CARNELL     AS OF: 03/02/2007

                  # OF        AVG DAILY          MONTHLY
         MONTH    DAYS         BALANCE           DEPOSITS
-----------------------------------------------------------------

         MAR       29          $0.00             $0.00
         APR       30          $0.00             $0.00
         MAY       31          $0.00             $0.00
         JUN       30          $0.00             $0.00
         JUL       31          $0.00             $0.00
         AUG       31          $0.00             $0.00
         SEP       30          $0.00             $0.00
         OCT       31          $0.00             $0.00
         NOV       30          $0.00             $0.00
         DEC       31          $4.99             $60.00
         JAN       31          $0.41             $0.00
         FEB       28          $0.10             $0.00
         MAR        2          $0.00             $0.00
```