```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000322
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: DWONE CARNELL HARRISON
 Case/Party: D-ALM-2-06-CV-001075-001
 Amount:       $30.00
------------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CENTER
 Check/Money Order Num: 31355
 Amt Tendered:  $30.00
------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00
```

DALM206CV001075-MHT

DWONE CARNELL HARRISON

FOUNTAIN CORRECTIONAL CENTER

FOUNTAIN 3800
ATMORE AL   36503