DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000593
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER

PLRA CIVIL FILING FEE
 For: DWONE CARNELL HARRISON
 Case/Party: D-ALM-2-06-CV-001075-001
 Amount:         $23.00

CHECK
 Check/Money Order Num: 31467
 Amt Tendered:  $23.00

Total Due:      $23.00
Total Tendered: $23.00
Change Amt:     $0.00

SCANNED
KR 10/2/07