DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004326
Cashier ID: khaynes
Transaction Date: 03/17/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------------------
PLRA CIVIL FILING FEE
 For: DWONE C. HARRISON
 Case/Party: D-ALM-2-06-CV-001075-001
 Amount:        $35.00
------------------------------------------------
CHECK
 Check/Money Order Num: 32002
 Amt Tendered:  $35.00
------------------------------------------------
Total Due:       $35.00
Total Tendered: $35.00
Change Amt:      $0.00